LAURIN L. SEVEBECK, RESPONDENT, v. RAYMOND O. PECK, APPELLANT.

Submitted October 31, 1941—Decided January 9, 1942.

For the respondent, *Louis C. Lehmann, Jr.*

For the appellant, *Snevily & Ely* (*Addison C. Ely,* of counsel).

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Donges in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, BODINE, HEHER, PERSKIE, PORTER, DEAR, WELLS, WOLFS-KEIL, HAGUE, THOMPSON, JJ. 12.

*For reversal*—None.